IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUAN ROSAS AND MARIA ROSAS §<br>§<br>*Plaintiffs,* §<br>§<br>v. §<br>§ Civil Action No.: 4:23-cv-01661<br>PHH MORTGAGE CORPORATION §<br>D/B/A NEWREZ §<br>§<br>*Defendant.* § | |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter having come before the Court on the stipulation between the parties; and the Court being otherwise fully advise in the premises;

It is hereby ORDERED, ADJUDGED and DECREED that all claims Plaintiffs asserted, or could have asserted, against Defendant in this case are hereby DISMISSED WITH PREJUDICE; and it is further

ORDERED, ADJUDGED, and DECREED that all costs, expenses, and attorney fees are taxed against the party incurring same.

SIGNED this ____ day of _____, 2024.

                                                              _____
                                                                   PRESIDING JUDE